***Oats Overnight, Inc. v. Fresh From Texas, LLC d/b/a Fresh Texas***
**Case No.:**
**Index to Exhibits 1-13 to Complaint**

Exhibit 1        July 27, 2026 Demand Letter to Fresh Texas re Overnight Oats

Exhibit 2        USPTO Reg. No. 6,770,462

Exhibit 3        USPTO Reg. No. 6,104,721

Exhibit 4        USPTO Reg. No. 6,104,720

Exhibit 5        Oats Overnight TikTok Account

Exhibit 6        Oats Overnight Instagram Account

Exhibit 7        Oats Overnight Facebook Account

Exhibit 8        Foodbev Media Article about Oats Overnight

Exhibit 9        Ohio Business Article about Oats Overnight

Exhibit 10       Westchester Ohio Article about Oats Overnight

Exhibit 11       Noom Nutrition Article about Oats Overnight

Exhibit 12       Eat This, Not That Article about Oats Overnight

Exhibit 13       HEB.com Search for Oats Overnight

# Exhibit 1



Candice E. Kim
Tel 310.586.3867
Fax 310.586.0567
candice.kim@gtlaw.com

July 27, 2026

**VIA UPS AND E-MAIL TO**
**terry.bleecker@freshfromtx.com AND**
**trevor@trevorcaudlelaw.com**

Mr. Terry Bleecker, Senior Vice President
From Fresh Texas, LLC
3602 Highpoint St.
San Antonio, TX 78217

Mr. Trevor A. Caudle
Trevor Caudle Law Practice, PC
350 Bay Street, #100-363
San Francisco, CA 94133

Re:    **Fresh From Texas, LLC's Unauthorized Use of "Over Night Oats" Logo**

Dear Messrs. Bleecker and Caudle:

This firm represents Oats Overnight, Inc. ("OON") in connection with its intellectual property and unfair competition matters.  We are contacting you regarding Fresh From Texas, LLC's ("Fresh Texas") use of the "Over Night Oats" logo on its product and packaging, shown immediately below:



(the "Fresh Texas Logo"). We uncovered variations of the Fresh Texas Logo on prepackaged oatmeal products in grocery stores as shown below.

ALBANY

AMSTERDAM

ATLANTA

AUSTIN

BERLIN**

BOSTON

BRUSSELS**

CHICAGO

DALLAS

DELAWARE

DENVER

FORT LAUDERDALE

HOUSTON

LAS VEGAS

LONDON*

LOS ANGELES

MIAMI

MILAN**

NEW JERSEY

NEW YORK

ORANGE COUNTY

ORLANDO

PALM BEACH COUNTY

PHILADELPHIA

PHOENIX

ROME**

SACRAMENTO

SAN FRANCISCO

SHANGHAI

SILICON VALLEY

TALLAHASSEE

TAMPA

TYSONS CORNER

WASHINGTON, D.C.

WHITE PLAINS

*OPERATES AS GREENBERG
 TRAURIG MAHER LLP

**STRATEGIC ALLIANCE

Mr. Terry Bleecker and Mr. Trevor A. Caudle
July 27, 2026
Page 2

_____



As Fresh Texas is likely aware, OON manufactures and sells flavored, protein-enriched oatmeal and related breakfast products under the **oats over night** brand (the "OON Logo"). OON owns U.S. trademark registrations for the OON Logo, including U.S. Registration No. 6104721 in Class 30 identifying oatmeal and U.S. Registration No. 6104720 in Class 35 identifying online retail store services featuring oatmeal and mixing cups. Through the expenditure of significant monies and effort and by virtue of substantial sales and consumer recognition, the OON Logo represents enormous value and goodwill to my client.

OON is concerned with Fresh Texas' intentional copying of its OON Logo on Fresh Texas' competing oatmeal product. Just like the OON Logo, Fresh Texas' Logo (i) separates the word "overnight" into two distinct words, which is not a common spelling, (ii) it stacks the words Over, Night, and Oats directly on top of each other, (iii) it bolds the words "over" and "night" while leaving the word "oats" in a lighter font, and (iv) it does not capitalize any letter. The identical wording and stylistic overlap cannot be a mere coincidence. And because of the visual similarities between the OON Logo and the Fresh Texas Logo and the identity of the parties' respective products, consumers are likely to falsely believe that Fresh Texas' oatmeal product is manufactured by OON, when that is clearly not the case.

As we are sure Fresh Texas can appreciate, OON has expended considerable resources in developing valuable trademark rights in and to its OON Logo and is committed

Mr. Terry Bleecker and Mr. Trevor A. Caudle
July 27, 2026
Page 3
_____

to diligently protecting these rights and avoiding consumer confusion and deception. Accordingly, OON demands that Fresh Texas immediately:

1. Cease all use of the Fresh Texas Logo and any other mark or trade dress confusingly similar to the OON Logo or any of OON's other trademarks;

2. Remove the Fresh Texas Logo from all product packaging, labels, advertisements, websites, social media accounts, and other marketing materials;

3. Cease all manufacture, distribution, offering for sale, and sale of products bearing the Fresh Texas Logo;

4. Provide written confirmation that Fresh Texas has complied with the foregoing demands; and

5. Provide a full accounting of all products sold under the Fresh Texas Logo, including the dates such products were sold, units sold, gross revenues, profits, and all channels through which such products were marketed and sold, in addition to the number of remaining products left in inventory that bear the Fresh Texas Logo.

OON further reserves the right to seek recovery of all damages available under applicable law, including Fresh Texas' profits attributable to its unauthorized use of the Fresh Texas Logo, OON's damages, attorneys' fees, costs, and any other available legal or equitable relief. Please provide written confirmation of Fresh Texas' compliance with these demands no later than **August 7, 2026**. If we do not receive a satisfactory response by that date, OON will consider all available options to protect its valuable intellectual property rights without further notice.

　　　　The foregoing is not intended to be a complete statement of my client's position and should not be construed as a waiver of any of my client's rights or remedies, all of which are expressly reserved.

Sincerely,

Candice E. Kim

# Exhibit 2

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.06.13 03:43:53 -04'00'

# United States of America
## United States Patent and Trademark Office

# OATS OVERNIGHT

**Reg. No. 6,770,462**

**Registered Jun. 28, 2022**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

Oats Overnight, Inc.  (DELAWARE CORPORATION)
2420 W 14th St, Suite B
Tempe, ARIZONA 85281

CLASS 30: Oatmeal

FIRST USE 8-10-2016; IN COMMERCE 8-10-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "OATS"

SEC.2(F)

SER. NO. 90-127,020, FILED 08-20-2020



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058,  1141k.  If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees  and  requirements  for  maintaining  registrations  are  subject  to  change.  Please  check  the USPTO  website  for  further  information.  With  the  exception  of  renewal  applications  for  registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A  courtesy  e-mail  reminder  of  USPTO  maintenance  filing  deadlines  will  be  sent  to  trademark owners/holders  who  authorize  e-mail  communication  and  maintain  a  current  e-mail  address  with  the USPTO.  To  ensure  that  e-mail  is  authorized  and  your  address  is  current,  please  use  the  Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.

# Exhibit 3

# United States of America
## United States Patent and Trademark Office

oats
**over
night**

**Reg. No. 6,104,721**

**Registered Jul. 21, 2020**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

Oats Overnight, Inc.  (DELAWARE CORPORATION)
2420 W. 14th Street, Suite B
Tempe, ARIZONA 85281

CLASS 30: Oatmeal

FIRST USE 6-30-2016; IN COMMERCE 6-30-2016

The mark consists of the words "oats over night" vertically on top of each other in stylized font.

No claim is made to the exclusive right to use the following apart from the mark as shown: "OATS"

SEC.2(F)

SER. NO. 88-210,723, FILED 11-29-2018



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# Exhibit  4

# United States of America
## United States Patent and Trademark Office

oats
**over
night**

**Reg. No. 6,104,720**

**Registered Jul. 21, 2020**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Oats Overnight, Inc.  (DELAWARE CORPORATION)
2420 W. 14th St., Suite B
Tempe, ARIZONA 85281

CLASS 35: Online retail store services featuring oatmeal and mixing cups

FIRST USE 8-10-2016; IN COMMERCE 8-10-2016

The mark consists of the words "oats over night" vertically on top of each other.

No claim is made to the exclusive right to use the following apart from the mark as shown: "OATS"

SEC.2(F)

SER. NO. 88-210,673, FILED 11-29-2018



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# Exhibit 5

Document title:                     Oats Overnight (@oatsovernight) | TikTok

Capture URL:                        https://www.tiktok.com/@oatsovernight?lang=en

Page loaded at (UTC):               Fri, 07 Aug 2026 21:19:58 GMT

Capture timestamp (UTC):            Fri, 07 Aug 2026 21:20:01 GMT

Capture tool:                       11.2.8

Collection server IP:               54.145.42.72

Browser engine:                     Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-
                                    vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36

Operating system:                   Linux (Node 24.18.0)

PDF length:                         2

Capture ID:                         g24PgenjCyTm1PJ8HS3FhN

Display Name:                       tess.friedman

PDF REFERENCE #:        jSeVgQ7s3wU3MvHLjatnk5



Document title: Oats Overnight (@oatsovernight) | TikTok
Capture URL: https://www.tiktok.com/@oatsovernight?lang=en
Capture timestamp (UTC): Fri, 07 Aug 2026 21:20:01 GMT

Page 1 of 1

# Exhibit  6

**PageVault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/oatsovernight/ |
| Page loaded at (UTC): | Fri, 07 Aug 2026 21:30:07 GMT |
| Capture timestamp (UTC): | Fri, 07 Aug 2026 21:30:09 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 2 |
| Capture ID: | oDt7C1VhvmdgZGAv9FBtDG |
| Display Name: | tess.friedman |

⊙

# oatsovernight ✔ ⋯

Oats Overnight

**2,117** posts    **511K** followers    **1,379** following

Food & Drink
Spoon free oatmeal with 20g protein.
🔗 www.oatsovernight.com/ig    ⊚ oatsovernight

Follow    Message    ⊕

In-Dev    In Stores    What Is Th...    Who We Are    Questions?



🛡 Messages

# **Exhibit 7**

**Page Vault**

| | |
|---|---|
| Document title: | Oats Overnight \| Tempe AZ \| Facebook |
| Capture URL: | https://www.facebook.com/oatsovernight |
| Page loaded at (UTC): | Fri, 07 Aug 2026 21:31:54 GMT |
| Capture timestamp (UTC): | Fri, 07 Aug 2026 21:31:56 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 2 |
| Capture ID: | tMdZ4qouYJkjxP5bMk9DmE |
| Display Name: | tess.friedman |

PDF REFERENCE #:    hbJE8skUDS5qv6AUerjBMR



# **Exhibit 8**

**PageVault**

| | |
|---|---|
| Document title: | Astō backs Oats Overnight with $45m as breakfast brands chase repeat consumption \| FoodBev Media |
| Capture URL: | https://www.foodbev.com/news/ast%C5%8D-backs-oats-overnight-with-45m-as-breakfast-brands-chase-repeat-consumption |
| Page loaded at (UTC): | Mon, 10 Aug 2026 18:30:58 GMT |
| Capture timestamp (UTC): | Mon, 10 Aug 2026 18:31:02 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 4 |
| Capture ID: | n3dvJytJLkNLBHdrjHmNK2 |
| Display Name: | tess.friedman |





Advertising | About us | My account | Meet the team | Privacy

**Home**   News   Publications   Newsletters   Awards   Events   Multimedia   **Subscribe**





Siân Yates  |  30 January 2026

**Funding & Investments**

# Astō backs Oats Overnight with $45m as breakfast brands chase repeat consumption

Astō Consumer Partners, the investment firm led by industry veterans Clayton Christopher and Brian Goldberg, has made a $45 million growth equity investment in US breakfast brand Oats Overnight.

With the investment, Christopher and Goldberg say they are betting on subscription-led consumption and disciplined retail expansion in an increasingly crowded better-for-you market.

Oats Overnight, which sells flavoured oat-based breakfast shakes, surpassed $200 million in revenue in 2025, according to people familiar with the matter.

The company has reached more than 2 million consumers, supports over 300,000 active monthly direct-to-consumer subscribers and is now stocked in more than 12,000 retail locations nationwide.

The deal underscores growing investor interest in food brands that demonstrate repeat behaviour and omnichannel scale, rather than short-term trend appeal, as capital becomes more selective across consumer packaged goods.

Astō said it views Oats Overnight as a platform business built on habitual use, with breakfast positioning offering daily consumption opportunities that many snack and indulgence brands struggle to replicate.

The investment firm is led by Christopher, a serial operator whose previous exits include Sweet Leaf Tea to Nestlé, Deep Eddy Vodka to Heaven Hill and Waterloo Sparkling Water to Flexis Capital.

Astō has increasingly applied an operator-led playbook to growth-stage food and beverage brands that have already crossed the $100 million revenue threshold.

For food manufacturers and ingredient suppliers, the growth of Oats Overnight highlights continued demand for functional breakfast formats, particularly those combining convenience, protein and flavour variety, as consumers seek alternatives to traditional cereals and ready-to-eat breakfasts.

Astō has increasingly applied an operator-led playbook to growth-stage food and beverage brands that have already crossed the $1 million in revenue threshold.

For food manufacturers and ingredient suppliers, the growth of Oats Overnight highlights continued demand for functional breakfast formats, particularly those combining convenience, protein and flavour variety, as consumers seek alternatives to traditional cereals and ready-to-eat breakfasts.

The brand's ability to scale a subscription model alongside national retail distribution also reflects a broader shift in how emerging food companies are using DTC data to inform flavour innovation, pack formats and retail velocity.

Breakfast remains one of the most competitive categories in food and beverage, but brands that can lock in routine usage are more attractive to both investors and retailers, particularly as promotional intensity rises across centre-of-store categories.

The firm says the investment will support distribution expansion, brand building and operational scaling.

Funding & Investments      Business      Food

---

## Related posts

See All >



Food

**Mars launches $85m Impact Fund to support communities, science and pet wellbeing**



Funding & Investments

**Arla Foods announces largest-ever investment with €300m Swedish cheese plant**



Funding & Investments

**Sauce and dip brand Maazah raises $2m seed round to support US retail expansion**



Funding & Investments

**Willie Nelson's THC beverage brand raises $15 million to fuel US retail expansion**



Funding & Investments

**Barry Callebaut to invest €250m in world's largest chocolate plant in Belgium**



Funding & Investments

**Milliways raises $3m to accelerate US expansion of plastic-free chewing gum**

---

**FOODBEV MEDIA**

News      About us      Publications      Company directory

FoodBev Media Ltd.
8 Kingsmead Square
Bath, BA1 2AB
United Kingdom

© FoodBev Media Ltd 2026

**Get in touch**

Would you like to be interviewed by FoodBev Media or share a recent innovation with us?
Click here to contact us

**Our platforms >**

   

For food manufacturers and ingredient suppliers, the growth of Oats Overnight highlights continued demand for functional breakfast formats, particularly those combining convenience, protein and flavour variety, as consumers seek alternatives to traditional cereals and ready-to-eat breakfasts.

The brand's ability to scale a subscription model alongside national retail distribution also reflects a broader shift in how emerging food companies are using DTC data to inform flavour innovation, pack formats and retail velocity.

Breakfast remains one of the most competitive categories in food and beverage, but brands that can lock in routine usage are more attractive to both investors and retailers, particularly as promotional intensity rises across centre-of-store categories.

The firm says the investment will support distribution expansion, brand building and operational scaling.

Funding & Investments    Business    Food

---

## Related posts

See All >



Food

**Mars launches $85m Impact Fund to support communities, science and pet wellbeing**



Funding & Investments

**Arla Foods announces largest-ever investment with €300m Swedish cheese plant**



Funding & Investments

**Sauce and dip brand Maazah raises $2m seed round to support US retail expansion**



Funding & Investments

**Willie Nelson's THC beverage brand raises $15 million to fuel US retail expansion**



Funding & Investments

**Barry Callebaut to invest €250m in world's largest chocolate plant in Belgium**



Funding & Investments

**Milliways raises $3m to accelerate US expansion of plastic-free chewing gum**

---

**FOODBEV MEDIA**

News     About us     Publications     Company directory

FoodBev Media Ltd.
8 Kingsmead Square
Bath, BA1 2AB
United Kingdom

© FoodBev Media Ltd 2026

**Get in touch**

Would you like to be interviewed by FoodBev Media or share a recent innovation with us?

**Click here to contact us**

**Our platforms >**

   

# Exhibit 9

**PageVault**

| | |
|---|---|
| Document title: | An Overnight Success – Ohio Business Magazine |
| Capture URL: | https://ohiobusinessmag.com/an-overnight-success/ |
| Page loaded at (UTC): | Mon, 10 Aug 2026 18:33:02 GMT |
| Capture timestamp (UTC): | Mon, 10 Aug 2026 18:33:08 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 5 |
| Capture ID: | nqvcNxBaTnH9HDLJgcjkmT |
| Display Name: | tess.friedman |

PDF REFERENCE #:    661DkLcy4woRo69cxM4tLj

# Ohio
## BUSINESS

HOME    OHIO BIZ BASH    BEST IN OHIO BUSINESS    BEST IN OHIO WEDDINGS    BEST WORKPLACES IN OHIO

OHIO 500    OHIO LEADING LAWYERS    OHIO MANUFACTURING SUMMIT    OHIO SUCCESS AWARDS

MIDWESTERN TRAVELER®'S BEST IN OHIO    MAGAZINE ⌄

# An Overnight Success

🕐 September 23, 2025  👤 Ohiobusinessmagazine  🗂 Best Workplaces in Ohio, Business Profiles, Cincinnati, Digital Exclusive, Feature Stories, Ohio Brands, Spotlight, The Buzz  💬 0





**Oats Overnight launches new facility in West Chester Township**

*By Lorelei Smillie*

**Oats Overnight**, an oatmeal packaging and distribution company, has expanded to its first location in Ohio. On Sept. 10, the company held a ribbon-cutting ceremony to celebrate the opening of its new fulfillment center in the West Chester suburb of Cincinnati.

The 310,000-square-foot facility will create 300 jobs and generate $7 million in annual income. The company is headquartered in Phoenix, Arizona and the new location in Greater Cincinnati is its first out-of-state facility.

In 2023, Oats Overnight received $400,000 in state incentives for its development, when West Chester Township approved a 1.3%, eight-year Job Creation Tax Credit for the project. The agreement also requires Oats Overnight to operate out of that location for at least 11 years.

"We're thrilled to bring Oats Overnight to a community that values both innovation and great-tasting, healthy products," says Vincent Comerford, the company's CEO. "This growth is driven by our team's commitment to making nutritious, convenient breakfasts accessible across the nation."

Oats Overnight was founded in 2016 by Brian Tate, who sought to create a healthy breakfast alternative that didn't require much work on the part of the customer. The product is a high-protein oatmeal mixed with milk, placed in the fridge overnight and enjoyed in the morning as a

[ search ]  🔍

## VIEW THE CURRENT ISSUE ONLINE



## Follow us on Social Media!

🅕 🐦 in

## Custom Publications



**Middletown 2026**

"We're thrilled to bring Oats Overnight to a community that values both innovation and great-tasting, healthy products," says Vincent Somerford, the company's CEO. "This growth is driven by our team's commitment to making nutritious, convenient breakfasts accessible across the nation."

Oats Overnight was founded in 2016 by Brian Tate, who sought to create a healthy breakfast alternative that didn't require much work on the part of the customer. The product is a high-protein oatmeal mixed with milk, placed in the fridge overnight and enjoyed in the morning as a kind of drinkable oatmeal. Tate started production at his kitchen table and the business quickly grew. It is now sold at stores such as Target and Costco nationwide.

The direct-to-consumer model also includes a subscription service in which customers receive new flavors to try and provide feedback. Depending on the reception, new flavors are launched almost every month.

Part of the appeal is their high-protein label, with each oat pouch offering around 20 grams of protein per serving. High-protein products have exploded in popularity in the American food and snack industry, driven by online fitness influencers and a general push for weight loss.

Although the company's net worth is not publicly available, Tate told **Axios** in March that revenue was projected to increase by 80 percent this year to more than $100 million.

🏷️ **BUSINESS**   **CINCINNATI**   **EXPANSION**   **FOOD INDUSTRY**   **JOBS**
**JOBSOHIO**   **OHIO BUSINESS**



 **« PREVIOUS**
Pressing Ahead

**NEXT »**
Closing the Gap



Middletown 2026

Global Cincy 2025

## LATEST POSTS

**Brewing Success**
July 15, 2026

**Got Milk?**
June 8, 2026

**More than a Checklist**
June 5, 2026

**OPOC Grows**
April 30, 2026

**Painting Outside the Box**
April 20, 2026

**Securing CMMC Readiness**
April 10, 2026

**A Sweet Expansion**
April 6, 2026

**Main Street Spruce Up**
March 23, 2026

**An Expanded Day**
March 16, 2026

**Hartzell's Next Chapter Takes Flight**
March 2, 2026

## PAGES

2021 Guide to Workers' Compensation

2024 Ohio College, University and Technical School Listings

2026 Ohio College, University and Technical School Listings

Advertise With Us

Best in Ohio Business

Best in Ohio Weddings

Best Workplaces in Ohio

Contact Us

Employment Opportunities

Event Calendar

Home

Ohio 500

Ohio Biz Bash

Ohio Biz Bash 2023 Event Photos

Ohio Business Magazine Fall 2021

Ohio Entrepreneur

Ohio Leading Lawyers

Ohio Manufacturing Summit

Ohio Success Awards

Submit an Event

Subscribe to Newsletter

The Buzz

## ARCHIVES

July 2026

June 2026

April 2026

March 2026

February 2026

January 2026

December 2025

October 2025

September 2025

August 2025

July 2025

June 2025

May 2025

April 2025

March 2025

February 2025

January 2025

December 2024

November 2024

October 2024

September 2024

August 2024

July 2024

June 2024

April 2024

March 2024

## STAY CONNECTED

Document title: An Overnight Success – Ohio Business Magazine
Capture URL: https://ohiobusinessmag.com/an-overnight-success/
Capture timestamp (UTC): Mon, 10 Aug 2026 18:33:08 GMT

Ohio Success Awards

Submit an Event

Subscribe to Newsletter

The Buzz

September 2024

August 2024

July 2024

June 2024

April 2024

March 2024

February 2024

January 2024

December 2023

October 2023

September 2023

August 2023

May 2023

March 2023

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

July 2022

June 2022

May 2022

April 2022

March 2022

February 2022

January 2022

December 2021

November 2021

October 2021

September 2021

August 2021

July 2021

June 2021

May 2021

April 2021

March 2021

February 2021

January 2021

December 2020

November 2020

October 2020

September 2020

August 2020

July 2020

June 2020

May 2020

April 2020

January 2020

October 2019

September 2019

Document title: An Overnight Success – Ohio Business Magazine
Capture URL: https://ohiobusinessmag.com/an-overnight-success/
Capture timestamp (UTC): Mon, 10 Aug 2026 18:33:08 GMT



March 2023

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

July 2022

June 2022

May 2022

April 2022

March 2022

February 2022

January 2022

December 2021

November 2021

October 2021

September 2021

August 2021

July 2021

June 2021

May 2021

April 2021

March 2021

February 2021

January 2021

December 2020

November 2020

October 2020

September 2020

August 2020

July 2020

June 2020

May 2020

April 2020

January 2020

October 2019

September 2019

June 2019

February 2019

September 2018

June 2018

May 2018

April 2018

September 2017

October 2016

August 2016

April 2016

Copyright © 2026 | WordPress Theme by MH Themes

Document title: An Overnight Success – Ohio Business Magazine
Capture URL: https://ohiobusinessmag.com/an-overnight-success/
Capture timestamp (UTC): Mon, 10 Aug 2026 18:33:08 GMT