# Exhibit 10

**Page Vault**

| | |
|---|---|
| Document title: | Oats Overnight to triple size at West Chester facility | Newsroom | West Chester Township, OH |
| Capture URL: | https://www.westchesteroh.org/Home/Components/News/News/4163/16 |
| Page loaded at (UTC): | Mon, 10 Aug 2026 18:34:50 GMT |
| Capture timestamp (UTC): | Mon, 10 Aug 2026 18:34:52 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 3 |
| Capture ID: | 3xEWTo3amviaiyPpkp9XVS |
| Display Name: | tess.friedman |



Calendar    Careers    Contact Us    DIG    Subscribe

SERVICE FINDER

**OUR COMMUNITY**    **GOVERNMENT**    **BUSINESS**

- GENERAL GOVERNMENT
- COMMUNITY DEVELOPMENT
- COMMUNITY SERVICES
- FINANCE
- NEWSROOM
    - Website & Social Media
    - West Chester TV
    - Newsletter
- EMERGENCY COMMUNICATIONS
- CAREERS & JOB OPPORTUNITIES
- FIRE
- POLICE

Government »

# NEWSROOM

🖨 Print     ➕ Share & Bookmark     Font Size: ➕ ➖

## Oats Overnight to triple size at West Chester facility

**Post Date:**          10/30/2024 8:00 AM

Oats Overnight unveiled plans to expand its West Chester facility, tripling its size to accommodate the company's rapid growth. The company is based in Phoenix, Arizona, and its success necessitated the search for a new facility in a different geographic region.

Oats Overnight was founded in 2016 to revolutionize the breakfast experience. The company set out to create a convenient and nutritious option that stands out for its crave-worthy, protein-rich offerings. What truly sets Oats Overnight apart is its innovative approach to product development: by actively engaging with its customers and leveraging its vibrant social communities, the company ensures that every new product is something people genuinely desire, simply by asking them directly.

West Chester Township was strategically selected for the new Oats Overnight facility due to its favorable location, community dynamics, and excellent transportation links. Since commencing operations in 2023, the West Chester facility has served as a crucial East Coast hub for the business, significantly improving shipping efficiency and reducing delivery times to customers. With plans to triple its size, the West Chester facility will not only enhance operational efficiency and expand geographical reach of the growing company, but will also contribute to local economic growth by generating jobs and supporting the community.

"As we expand our presence in West Chester, we're thrilled to bring Oats Overnight to a community that values both innovation and great tasting, healthy products. This growth is driven by our team's commitment to making nutritious, convenient breakfasts accessible across the nation. West Chester, we're excited to be here! We look forward to developing our relationship with the Township and People over the coming years, and we look forward to having a strong strategic partner with us on our journey!" - Vincent Comerford, Chief Operating Officer.

READ MORE: What's New in West Chester (4Q-2024)

The West Chester expansion will significantly amplify Oats Overnight's operational capabilities, increasing its space to three times its current size in less than a year. The company is committed to investing $5 million in state-of-the-art equipment for the new facility. Currently employing around 120 people, the expansion will necessitate the addition of 100-150 more positions, with a preference for local West Chester residents. The expansion will feature six advanced production rooms and add 130,000 square feet of space across the street from the existing 68,000-square-foot facility. Oats Overnight is thrilled to enhance its presence in the West Chester community and is eager to contribute to the area's continued growth and prosperity.

To fuel its ambitious growth plans, Oats Overnight has successfully completed a Series B funding round. This latest round raised $35 million, with significant investments from prominent venture capital firms and strategic investors. This influx of capital will be instrumental in accelerating the company's expansion and enhancing its production capabilities. The Series B funding will support several key initiatives, including the major expansion of the West Chester facility. The investment underscores the confidence investors have in the Oats Overnight's business model and growth trajectory, further solidifying its position as a leader in the crave-able and accessible protein rich foods market.

## About Oats Overnight:

Oats Overnight was founded in 2016 by Brian Tate, a former professional poker player, with the vision of creating a convenient and nutritious breakfast option. The company quickly distinguished itself with innovative flavors such as Glazed Blueberry Donut, Birthday Cake, and S'mores, captivating a broad audience with its unique offerings. Today, Oats Overnight proudly produces over 50 delicious flavors at their state-of-the-art manufacturing facilities in Arizona and Ohio. Oats Overnight products including protein oatmeal shakes, protein instant coffee, and apparel can be ordered directly from their website, oatsovernight.com, or found nationwide in retailers including Walmart, Target, The Fresh Market, Meijer, Whole Foods, and more.

The typical Oats Overnight customer is a health-conscious, busy individual who values convenience without sacrificing nutrition and flavor. Customers are drawn to Oats Overnight by more than the products; the company is committed to using high-quality and wholesome ingredients and their marketing strategy ensures an entertaining journey with the brand. The company's success is driven by its deep engagement with its customers and social media communities. By actively listening to feedback and involving their audience in product development, Oats Overnight consistently introduces new flavors and products that resonate with consumer preferences. This approach not only ensures that they deliver what people genuinely want but also fosters a strong connection with their loyal customer base, driving continuous growth and innovation.

SERVICE FINDER

Newsletter

+ EMERGENCY COMMUNICATIONS

+ CAREERS & JOB OPPORTUNITIES

+ FIRE

+ POLICE

growth. The company is based in Phoenix, Arizona, and its success necessitated the search for a new facility in a different geographic region.

Oats Overnight was founded in 2016 to revolutionize the breakfast experience. The company set out to create a convenient and nutritious option that stands out for its crave-worthy, protein-rich offerings. What truly sets Oats Overnight apart is its innovative approach to product development: by actively engaging with its customers and leveraging its vibrant social communities, the company ensures that every new product is something people genuinely desire, simply by asking them directly.

West Chester Township was strategically selected for the new Oats Overnight facility due to its favorable location, community dynamics, and excellent transportation links. Since commencing operations in 2023, the West Chester facility has served as a crucial East Coast hub for the business, significantly improving shipping efficiency and reducing delivery times to customers. With plans to triple its size, the West Chester facility will not only enhance operational efficiency and expand geographical reach of the growing company, but will also contribute to local economic growth by generating jobs and supporting the community.

"As we expand our presence in West Chester, we're thrilled to bring Oats Overnight to a community that values both innovation and great tasting, healthy products. This growth is driven by our team's commitment to making nutritious, convenient breakfasts accessible across the nation. West Chester, we're excited to be here! We look forward to developing our relationship with the Township and People over the coming years, and we look forward to having a strong strategic partner with us on our journey!" - Vincent Comerford, Chief Operating Officer.

READ MORE: What's New in West Chester (4Q-2024)

The West Chester expansion will significantly amplify Oats Overnight's operational capabilities, increasing its space to three times its current size in less than a year. The company is committed to investing $5 million in state-of-the-art equipment for the new facility. Currently employing around 120 people, the expansion will necessitate the addition of 100-150 more positions, with a preference for local West Chester residents. The expansion will feature six advanced production rooms and add 130,000 square feet of space across the street from the existing 68,000-square-foot facility. Oats Overnight is thrilled to enhance its presence in the West Chester community and is eager to contribute to the area's continued growth and prosperity.

To fuel its ambitious growth plans, Oats Overnight has successfully completed a Series B funding round. This latest round raised $35 million, with significant investments from prominent venture capital firms and strategic investors. This influx of capital will be instrumental in accelerating the company's expansion and enhancing its production capabilities. The Series B funding will support several key initiatives, including the major expansion of the West Chester facility. The investment underscores the confidence investors have in the Oats Overnight's business model and growth trajectory, further solidifying its position as a leader in the crave-able and accessible protein rich foods market.

## About Oats Overnight:

Oats Overnight was founded in 2016 by Brian Tate, a former professional poker player, with the vision of creating a convenient and nutritious breakfast option. The company quickly distinguished itself with innovative flavors such as Glazed Blueberry Donut, Birthday Cake, and S'mores, captivating a broad audience with its unique offerings. Today, Oats Overnight proudly produces over 50 delicious flavors at their state-of-the-art manufacturing facilities in Arizona and Ohio. Oats Overnight products including protein oatmeal shakes, protein instant coffee, and apparel can be ordered directly from their website, oatsovernight.com, or found nationwide in retailers including Walmart, Target, The Fresh Market, Meijer, Whole Foods, and more.

The typical Oats Overnight customer is a health-conscious, busy individual who values convenience without sacrificing nutrition and flavor. Customers are drawn to Oats Overnight by more than the products; the company is committed to using high-quality and wholesome ingredients and their marketing strategy ensures an entertaining journey with the brand. The company's success is driven by its deep engagement with its customers and social media communities. By actively listening to feedback and involving their audience in product development, Oats Overnight consistently introduces new flavors and products that resonate with consumer preferences. This approach not only ensures that they deliver what people genuinely want but also fosters a strong connection with their loyal customer base, driving continuous growth and innovation.

*Return to full list >>*



**E-NEWS**

Subscribe to
COMMUNITY REPORT
for e-mails



**SOCIAL MEDIA**

Connect on Facebook,
Instagram, X and
more!



**WCTV**

Watch and download
the West Chester TV
app

COMMUNITY      GOVERNMENT      BUSINESS      POLICE      FIRE      BARN      INTRANET

**Administration:** 9113 Cincinnati-Dayton Road    |    (513) 777-5900
Design by **GRANICUS** - Connecting People & Government

   

Document title: Oats Overnight to triple size at West Chester facility | Newsroom | West Chester Township, OH
Capture URL: https://www.westchesteroh.org/Home/Components/News/News/4163/16
Capture timestamp (UTC): Mon, 10 Aug 2026 18:34:52 GMT

# Exhibit 11

**Page Vault**

| | |
|---|---|
| Document title: | Best Overnight Oats Review: Comparing Mush, Brekki, Oats Overnight, and More |
| Capture URL: | https://www.noom.com/blog/nutrition/overnight-oats-brand-review/ |
| Page loaded at (UTC): | Mon, 10 Aug 2026 18:36:22 GMT |
| Capture timestamp (UTC): | Mon, 10 Aug 2026 18:36:26 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 9 |
| Capture ID: | dJeJVMzBxBu5tenXnsXnTS |
| Display Name: | tess.friedman |

Want a gentle GLP-1 start? Try Noom Microdosing GLP-1Rx - **starting at $79**

NOOM

FOR INDIVIDUALS ⌄    FOR ORGANIZATIONS ⌄    COMPANY ⌄    EN ⌄

Home > Blog > Nutrition

# Best overnight oats: Comparing Mush, Brekki, Oats Overnight, and more

by Shoshana Fishbein | Jun 5, 2026 | Last updated Jun 5, 2026 | Nutrition, Nutrition Facts

( 12 MIN READ )



1. What are overnight oats?
2. Why are overnight oats are healthy
3. Overnight oats: How they compare
4. Ready-to-eat: Mush & Brekki
5. Pouches: Oats Overnight & more
6. Oats Overnight shakes
7. FAQ about overnight oat products
8. The best overnight oats brand is the one that fits your needs

Walk into any grocery store, scroll through healthy eating shorts, or open a recipe blog, and you'll probably see a popular breakfast item: overnight oats. What started as a DIY recipe has turned into prepackaged cups of ready-to-eat oats and mixes that just require your choice of milk. And, the options seem to keep multiplying, but so does the confusion about which are the best overnight oats in terms of nutrition.

The idea for overnight oats likely comes from a search for a healthy start to the day. Oats are a healthy food to build a breakfast around because they're filling and fiber-rich. And overnight oats can be a great way to get them in, as long as you think ahead the night before.

Package overnight oats make it easier, with some coming ready to eat straight out of the fridge and others as simple as adding a liquid the night before. But when you're looking at branded items, the ingredients and nutrition profiles can vary more than you'd expect. Plus, words like "simple," "whole food," and "nutritious" can get used pretty loosely with marketing, and what do they really mean?

In this article, we look at some of the most popular overnight oats brands on the market right now, including **Mush, Brekki, Holos, Kodiak, Bob's Red Mill, and Oats Overnight**. We discuss the nutrition, ingredients, benefits, and drawbacks to see which of the best overnight oats products to try.

## What are overnight oats?

Overnight oats are typically rolled oats soaked in liquid—usually milk or a plant-based alternative—for several hours, often overnight, until they soften into a thick, pudding-like texture. There's no cooking involved, so they are ready to eat in the morning.



Overnight oats took off as meal prep culture expanded on social media around 2015 to 2016. Photo-ready, colorful Mason jar recipes were shared across Pinterest and Instagram. By the

Want a gentle GLP-1 start? Try Noom Microdosing GLP-1px - **starting at $79**

*Initial 3 week subscription and 4 weeks of medication from $79 plus tax and $199 per month plus tax for 12 week subscription thereafter. Final pricing depends on program selection. Noom GLP-1®ᵖˡᵘˢ Plus Microdose Program involves medication (when appropriate), healthy diet, exercise and support. Individual results vary. Meds & personalization based on need as determined by a third-party clinician. Medications are not reviewed by FDA for safety, efficacy, or quality. No affiliation with Eli Lilly and Company, the only US source of FDA-approved tirzepatide. Not available in all 50 US states.

1  What are overnight oats?

2  Why are overnight oats are healthy

3  Overnight oats: How they compare

4  Ready-to-eat: Mush & Brekki

5  Pouches: Oats Overnight & more

6  Oats Overnight shakes

7  FAQ about overnight oat products

8  The best overnight oats brand is the one that fits your needs

Overnight oats took off as meal prep culture expanded on social media around 2015 to 2016. Photo-ready, colorful Mason jar recipes were shared across Pinterest and Instagram. By the early 2020s, prepackaged, ready-to-eat versions had made it onto grocery shelves. Now the category has its own refrigerated section at most major retailers and several dry options you just add milk or water to. And now, brands are competing on protein counts, ingredient sourcing, and flavor variety rather than just convenience.

For people who want a more hands-on experience—or just prefer the lower price point—homemade overnight oats are still a popular route. But if convenience is the priority, the prepackaged options below may be worth exploring.

**Read more: Are overnight oats good for weight loss?**

## Why are overnight oats a good breakfast?

Packaged overnight oats combine oats with other ingredients that can boost fiber, protein, and overall nutrition. While the exact recipe varies by brand, many include ingredients like milk powder, protein blends, nuts, seeds, or fruit. Together, these ingredients can create a filling breakfast that provides fiber, protein, and slow-digesting carbohydrates.

◆ **Fiber.** Oats are one of the better sources of beta-glucan, a soluble fiber that forms a gel in your digestive tract and slows the absorption of sugar into your bloodstream. A study in the *American Journal of Clinical Nutrition* found that beta-glucan from oats was associated with improved satiety and more stable blood sugar levels after meals—meaning you're less likely to feel a spike-and-crash in energy an hour later. Most pre-packaged overnight oats deliver 4 to 12 grams of fiber per serving, depending on the brand and any added seeds, like chia, which are particularly high in fiber.

◆ **Protein.** Oats contain more protein than many common grains, with about 5 grams per ½ cup of dry oats, but the ingredients mixed in with them are often what give packaged overnight oats a protein boost. Depending on the brand, that might include milk, Greek yogurt, pea protein, whey protein, nuts, or seeds, all of which can significantly increase the total protein content. And how much protein you get at breakfast can matter for satiety, especially if you're managing your weight or staying active. A review in *Nutrients* found that higher-protein breakfasts were linked to reduced hunger and lower calorie intake later in the day.

◆ **Slow-digesting carbohydrates.** Oats are a source of complex carbs, which means they break down more slowly than refined grains, like a white bagel or something sweet like pancakes. That slower process can give you a steadier energy release and keep you fuller for longer.

**Read more: Is oatmeal good for weight loss?**

## Overnight oats brands: How they compare

For this article, we looked at each brand's nutrition panel across representative flavors—calories, protein, fiber, total sugar, and added sugar per serving. We also looked at ingredient lists to understand what's driving the numbers. All data below is per single serving.

Overnight oats have become an interesting category. Many of the brands making them have almost nothing in common beyond the oats themselves. Some arrive fully soaked and refrigerated, ready the moment you pull off the lid. Others ship as dry pouches, you mix with milk the night before. And one takes things a step further—a shelf-stable bottle you fill with water, shake, and drink the next morning for an overnight oats smoothie experience.

The protein sources, sweeteners, and flavor additions are very different, too. Some brands get their extra protein from whey concentrate, pea protein isolate, or sprouted brown rice. Some are sweetened purely with dates and fruit, while others use added cane sugar, coconut nectar, or a mix of maple sugar and monk fruit.

What this means is that two products that both call themselves "overnight oats" can look completely different on a nutrition label, and ingredient lists vary enough that it's always worth a closer read.

Here's how the most popular brands compare: **Mush, Brekki, Oats Overnight, HOLOS,**

Want a gentle GLP-1 start? Try Noom Microdosing GLP-1Rx - **starting at $79.**

or a mix of maple sugar and monk fruit.

What this means is that two products that both call themselves "overnight oats" can look completely different on a nutrition label, and ingredient lists vary enough that it's always worth a closer read.

Here's how the most popular brands compare: **Mush, Brekki, Oats Overnight, HOLOS, Kodiak, and Bob's Red Mills.**

1  What are overnight oats?

2  Why are overnight oats are healthy

3  Overnight oats: How they compare

4  Ready-to-eat: Mush & Brekki

5  Pouches: Oats Overnight & more

6  Oats Overnight shakes

7  FAQ about overnight oat products

8  The best overnight oats brand is the one that fits your needs



## Ready-to-eat overnight oats

Mush and Brekki come pre-soaked and refrigerated—just peel off the lid and eat. No mixing, no waiting. Because the oats are already soaked in liquid, ingredients like plant-based milk and any fruit or flavorings are already in the cup.

| Brand | Typical ingredients | Calories (range) | Protein (range) | Fiber (range) | Notable flavors |
|---|---|---|---|---|---|
| MUSH | Rolled oats, plant-based milk (almond, coconut, or oat milk), dates or fruit, sea salt | 210–220 cal | 5–6g | 5–6g | Blueberry, Vanilla Bean, Apple Cinnamon, Strawberry, Coffee, Chocolate, Banana Bread |
| MUSH Protein | Rolled oats, oat milk, peanuts, dates, sea salt; pea protein added | 290–300 cal | 15g | 7g | Chocolate Peanut Butter, Peanut Butter, Peanut Butter Chocolate Chip, Mocha Latte, Cookies & Cream, French Vanilla |
| Brekki | Almond milk, rolled oats, buckwheat groats, coconut nectar, almonds, chia seeds, flax seeds, rowanberry extract, sea salt | 200–230 cal | 6–8g | 3–6g | Original, Vanilla Cinnamon, Dark Chocolate, Cold Brew Coffee, Blueberry, Strawberry, Apples & Cinnamon, Bananas & Maple Sugar |

◆ **MUSH** soaks its oats overnight in plant-based milk and sells them in single-serve refrigerated cups, ready to eat cold. The standard line uses dates and fruit juice concentrate for sweetness with no added sugar in most flavors, though the FDA does classify some fruit juice concentrate as added sugar. Flavors run around 210 to 220 calories with 5 to 6 grams of protein and 5 to 6 grams of fiber.

◆ **MUSH Protein** uses the same ready-to-eat cup format but adds pea protein to hit 15 grams per serving. The line skews toward nut-based flavors—Chocolate Peanut Butter, Peanut Butter, and Peanut Butter Chocolate Chip—with peanuts appearing as a primary ingredient alongside oats, oat milk, dates, and sea salt. Calories step up to 290 to 300 per cup and fiber climbs to around 7 grams.

◆ **Brekki** differentiates itself with a multi-grain base that includes buckwheat groats alongside rolled oats, plus almonds, chia, and flax—all pre-soaked in almond milk. A notable ingredient across their line is rowanberry extract, used as a natural preservative. The

Want a gentle GLP-1 start? Try Noom Microdosing GLP-1rx - **starting at $79**

alongside oats, oat milk, dates, and sea salt. Calories step up to 290 to 300 per cup and fiber climbs to around 7 grams.

◆ **Brekki** differentiates itself with a multi-grain base that includes buckwheat groats alongside rolled oats, plus almonds, chia, and flax—all pre-soaked in almond milk. A notable ingredient across their line is rowanberry extract, used as a natural preservative. The Original flavor has no added sugar; fruit flavors add 8 to 11 grams via coconut nectar and cane sugar. The buckwheat base gives Brekki a slightly earthier, denser texture than MUSH's smoother cups.

## Overnight oat pouches

These are bought as dry pouches. You pour the contents into a jar or the included container, add your milk of choice, stir or shake, and refrigerate overnight. The big variable across this segment is how each brand sources its protein—and that difference shapes both the ingredient list and the protein count significantly.

| Brand | Typical ingredients | Calories (range) | Protein (range) | Fiber (range) | Notable flavors |
|---|---|---|---|---|---|
| Oats Overnight | Whole grain rolled oats, whey or pea protein isolate, chia seeds, flaxseed, oat milk powder, maple sugar, monk fruit | 240–300 cal | 20g | 7–9g | Strawberries & Cream, Cookies & Cream, Cinnamon Roll, Chocolate Chip Cookie Dough, French Toast, Blueberry Cobbler, Maple Pancakes, Green Apple Cinnamon (20+ total) |
| Kodiak | Whole grain rolled oats, pea protein concentrate, milk protein concentrate, date powder, quinoa, chia seeds, flaxseed, milk protein isolate, sea salt | 270–280 cal | 20g | 5g | Maple Pecan, Dark Chocolate Sea Salt, Cookie Butter, Peach |
| Bob's Red Mill | Whole grain oat blend, sugar, chia seeds, nonfat milk powder, natural flavors, sea salt | 250 cal | 10g | 6g | Chocolate Hazelnut, Blueberries & Cream, Vanilla Almond |
| HOLOS | Rolled oats, sprouted brown rice protein, chia seeds, sunflower seeds, pumpkin seeds, maple sugar, Himalayan pink salt, guar gum, maca powder, probiotics (Bacillus coagulans) | 370–380 cal | 20g | 10–12g | Vanilla, Cocoa, Mocha, Chai, Matcha + Raspberry, Peaches, Maple + Almonds, Apple + Cinnamon, Banana + Cranberries |

**Oats Overnight** is the category pioneer in this format, and it shows in the flavor lineup—over 20 options ranging from dessert-inspired (Cookies & Cream, Cinnamon Roll, French Toast) to more classic profiles (Blueberry Cobbler, Green Apple Cinnamon). Protein comes from whey or pea protein, depending on the flavor, and the brand uses maple sugar, date powder, and monk fruit to sweeten, keeping added sugar low. Can be eaten as standard overnight oats or thinned out and drunk from a shaker bottle.

**Kodiak** entered the overnight oats space in January 2026, leaning on its established reputation in protein-forward breakfast products. The formula uses both pea and milk protein concentrates to hit 20 grams, alongside whole grain oats, quinoa, chia, and flax. Maple Pecan comes in at 280 calories; Dark Chocolate Sea Salt at 270 calories. They are not gluten-free certified due to shared equipment with wheat.

**Bob's Red Mill** takes a distinctly different approach: its Overnight Protein Oats use a special conventionally bred hull-less oat variety that's naturally higher in protein—no added protein powders at all. Both the Chocolate Hazelnut and Blueberries & Cream flavors come in at 250 calories, 10 grams of protein, and 6 grams of fiber per packet. The tradeoff is a lower protein count (10 grams vs. the 20 grams competitors offer), but the protein comes entirely from the oats themselves.

**HOLOS** is the most supplement-forward option in the segment. Beyond oats and sprouted brown rice protein, each pouch contains sunflower seeds, pumpkin seeds, probiotics (Bacillus coagulans), maca powder, and 13 vitamins and minerals, with ingredients varying by flavor. It's

### Navigation sidebar

1 What are overnight oats?

2 Why are overnight oats are healthy

3 Overnight oats: How they compare

4 Ready-to-eat: Mush & Brekki

5 Pouches: Oats Overnight & more

6 Oats Overnight shakes

7 FAQ about overnight oat products

8 The best overnight oats brand is the one that fits your needs

Want a gentle GLP-1 start? Try Noom Microdosing GLP-1rx - **starting at $79**

count (10 grams vs. the 20 grams competitors offer), but the protein comes entirely from the oats themselves.

**HOLOS** is the most supplement-forward option in the segment. Beyond oats and sprouted brown rice protein, each pouch contains sunflower seeds, pumpkin seeds, probiotics (Bacillus coagulans), maca powder, and 13 vitamins and minerals, with ingredients varying by flavor. It's also the highest-calorie option at 370 to 380 calories, but delivers the most fiber (10 to 12grams) and is the only certified organic, vegan option in this group. HOLOS is sold primarily direct-to-consumer via subscription.

## Oats Overnight shakes

This format takes convenience one step further: the dry mix comes pre-loaded in a single-serve bottle. You fill it with water (or milk), cap it, shake, refrigerate overnight, and drink it straight from the bottle in the morning—no bowl, spoon, or jar required.

| Brand | Typical ingredients | Calories (range) | Protein (range) | Fiber (range) | Notable flavors |
|---|---|---|---|---|---|
| Oats Overnight | Whole grain rolled oats, pea protein isolate, oat milk powder (oat flour, natural flavor, guar gum), chia seeds, flaxseed, hemp hearts, maple sugar, monk fruit | ~250 cal | 15g | 6–7g | Maple Brown Sugar, Strawberries & Cream, Blueberry, Cookies & Cream |

**Oats Overnight** also offers its oats in a pre-loaded shaker bottle, sold individually or in multipacks The format is similar to the pouches line, but reformulated for water activation—powdered oat milk is built into the mix, so you just fill to the marked line with water, refrigerate, and shake before drinking. Protein drops slightly from the pouch version (15 grams vs. 20 grams) and uses pea protein isolate across the board, making all bottle flavors plant-based. Sweetened with maple sugar, molasses, and monk fruit, with no artificial colors or flavors. The bottle format has a narrower flavor selection than the pouch lineup and is best suited for true on-the-go mornings where a spoon isn't an option.

# FAQ about overnight oat products

## Which overnight oats brand has the most protein?

HOLOS and Oats Overnight's direct-to-consumer pouch line both deliver 20 grams of protein per serving, making them the standouts in this comparison. Kodiak also hits 20 grams in their new pouch format, which launched in early 2026. The Oats Overnight shaker bottles sold at Walmart come in at 15 grams. MUSH's Protein line also reaches 15 grams, while standard MUSH and Brekki cups land at 5 to 8 grams. Bob's Red Mill sits at 10 grams—lower than the protein-powder-based options, but notable because that protein comes entirely from the oat itself with no added powders.

## Are overnight oats high in sugar?

It varies significantly by brand and flavor. MUSH uses no added sugar—sweetness comes entirely from dates and fruit. HOLOS and Oats Overnight are both low in added sugar despite their sweet flavor profiles, relying on maple sugar, dates, and monk fruit instead. Brekki uses organic coconut nectar, adding 6–11 grams of added sugar per cup depending on the flavor, with fruit flavors running higher. Bob's Red Mill adds about 6 grams per packet. For reference, the American Heart Association recommends no more than 25 to 36 grams of added sugar per day for adults.

## What's the difference between Mush and Brekki?

Both are pre-soaked, ready-to-eat refrigerated cups in a similar calorie range. MUSH uses a simpler ingredients list, and zero added sugar in most flavors; Brekki has a more complex grain and seed blend—buckwheat groats, chia, flaxseed—with slightly higher fat and a nuttier, chewier texture. Brekki also adds some sugar via coconut nectar, which MUSH avoids. If you want the cleanest label, MUSH wins; if you want more textural variety and grain diversity, Brekki has the edge.

Is Oats Overnight good for you?

1  What are overnight oats?

2  Why are overnight oats are healthy

3  Overnight oats: How they compare

4  Ready-to-eat: Mush & Brekki

5  Pouches: Oats Overnight & more

6  Oats Overnight shakes

7  FAQ about overnight oat products

8  The best overnight oats brand is the one that fits your needs

Document title: Best Overnight Oats Review: Comparing Mush, Brekki, Oats Overnight, and More
Capture URL: https://www.noom.com/blog/nutrition/overnight-oats-brand-review/
Capture timestamp (UTC): Mon, 10 Aug 2026 18:36:26 GMT

Want a gentle GLP-1 start? Try Noom Microdosing GLP-1rx - **starting at $79**

and seed blend—buckwheat groats, chia, flaxseed—with slightly higher fat and a nuttier, chewier texture. Brekki also adds some sugar via coconut nectar, which MUSH avoids. If you want the cleanest label, MUSH wins; if you want more textural variety and grain diversity, Brekki has the edge.

## Is Oats Overnight good for you?

MUSH and Brekki are the most widely available in refrigerated sections at Whole Foods, Sprouts, Kroger, and similar retailers. Kodiak's overnight oat pouches launched at Walmart, Target, and Kroger in early 2026, making them the most accessible of the add-milk options at mass retail. Bob's Red Mill is broadly distributed through natural and grocery channels. Oats Overnight and HOLOS are primarily sold direct-to-consumer online, though Oats Overnight's shaker bottles have Walmart distribution.

## Can I eat overnight oats while trying to lose weight?

Yes—overnight oats can fit well into a weight management plan, particularly options that are higher in protein and fiber. Both nutrients slow digestion and help you stay fuller longer, which can reduce how much you eat later in the day. In practical terms, a serving with 20 grams of protein and 7 or more grams of fiber—like HOLOS or Oats Overnight—is going to hold you differently than a 200-calorie cup with 5 grams of protein. Calories still matter, so it's worth knowing that HOLOS runs 370–380 calories per serving before milk, which is higher than most options here. The best pick is the one you'll actually eat consistently.

**Read more: People are drinking "Oatzempic" for weight loss: Does it work?**



## The bottom line: The best overnight oats brand is the one that fits your needs

All overnight oat brands start from the same solid foundation—oats—yet each one takes a different direction from there. MUSH keeps it simple: short ingredients list, zero added sugar, grab-and-go. Brekki adds texture and a more diverse seed and grain profile. HOLOS pushes protein and fiber to levels that make it a legitimately complete meal, with organic sourcing to match. Oats Overnight makes the high-protein format approachable with flavors that feel like a reward rather than an obligation, available as both a mix-and-refrigerate pouch and a shake bottle for the most portable mornings. Kodiak brings the same high-protein ambition to a format you can find at Walmart and Target. And Bob's Red Mill does something none of the others do: It gets its protein entirely from the oat itself, no powder required.

The one that's "best" for you depends entirely on what you're optimizing for at breakfast, and that can shift day to day. On a rest day or a lighter morning, a standard MUSH or Brekki cup at 200–220 calories with modest protein makes sense—you don't always need 20 grams of protein before 8 am. On a training day or a morning where lunch is uncertain, the higher-protein options (HOLOS, Oats Overnight, Kodiak) give you more to work with, and the fiber difference matters too—5g keeps you going for a while, but 10 to 12g is a different level of staying power. If added sugar is a concern, the gap between brands is real: some flavors have 0g, others push past 10g, and that's worth a label check regardless of which brand you're

Document title: Best Overnight Oats Review: Comparing Mush, Brekki, Oats Overnight, and More
Capture URL: https://www.noom.com/blog/nutrition/overnight-oats-brand-review/
Capture timestamp (UTC): Mon, 10 Aug 2026 18:36:26 GMT

1. What are overnight oats?
2. Why are overnight oats are healthy
3. Overnight oats: How they compare
4. Ready-to-eat: Mush & Brekki
5. Pouches: Oats Overnight & more
6. Oats Overnight shakes
7. FAQ about overnight oat products
8. The best overnight oats brand is the one that fits your needs

Want a gentle GLP-1 start? Try Noom Microdosing GLP-Jrx - **starting at $79**

protein before 8 am. On a training day or a morning where lunch is uncertain, the higher-protein options (HOLOS, Oats Overnight, Kodiak) give you more to work with, and the fiber difference matters too—5g keeps you going for a while, but 10 to 12g is a different level of staying power. If added sugar is a concern, the gap between brands is real: some flavors have 0g, others push past 10g, and that's worth a label check regardless of which brand you're buying.

If you're thinking about how breakfast fits into a bigger plan for eating well, Noom can help. Explore the Noom app on iOS & Android to learn about building a balanced diet that works for your body and lifestyle.

1. What are overnight oats?
2. Why are overnight oats are healthy
3. Overnight oats: How they compare
4. Ready-to-eat: Mush & Brekki
5. Pouches: Oats Overnight & more
6. Oats Overnight shakes
7. FAQ about overnight oat products
8. The best overnight oats brand is the one that fits your needs

## Editorial standards

At Noom, we're committed to providing health information that's grounded in reliable science and expert review. Our content is created with the support of qualified professionals and based on well-established research from trusted medical and scientific organizations. Learn more about the experts behind our content on our **Health Expert Team page**.

## Related Content



Nutrition

### Is corn on the cob good for weight loss? What you need to know

Noom Team    Jul 31, 2026 | Last updated Jul 31, 2026



Nutrition Facts

### How many calories are in a handful of nuts? It depends.

Meaghan Cameron    Jul 31, 2026 | Last updated Jul 31, 2026



Nutrition Facts

### Are açaí bowls good for weight loss? Here's the deal

Noom Team    Jul 29, 2026 | Last updated Jul 29, 2026

## Reach your weight-loss goals and start living your healthiest life.

Join the millions who have discovered that Noom is the smartest way to not only lose more weight—but also keep it off—to live better, longer.

Get started

Want a gentle GLP-1 start? Try Noom Microdosing GLP-1rx - **starting at $79**









Nutrition



Nutrition Facts



Nutrition Facts

## Is corn on the cob good for weight loss? What you need to know

Noom Team      Jul 31, 2026 | Last updated Jul 31, 2026

## How many calories are in a handful of nuts? It depends.

Meaghan Cameron      Jul 31, 2026 | Last updated Jul 31, 2026

## Are açaí bowls good for weight loss? Here's the deal

Noom Team      Jul 29, 2026 | Last updated Jul 29, 2026

# Reach your weight-loss goals and start living your healthiest life.

Join the millions who have discovered that Noom is the smartest way to not only lose more weight—but also keep it off—to live better, longer.

### Get started

## NOOM

LegitScript Certified

| FOR INDIVIDUALS | FOR ORGANIZATIONS | COMPANY | RESOURCES | LANGUAGES |
|---|---|---|---|---|
| Noom Med | Employers | About Us | Support | English |
| Lose Weight | Health Plans | Careers | GLP-1 Access & Transparency | German |
| Calorie Calculator | Health Systems | Research | | Spanish |
| Macro Calculator | Resources | Press | GLP-1 Companion | Korean |
| GLP-1 Insurance Checker | | Blog | HRT Safety | |
| | | | Brand Ambassadors | |
| | | | Investors | |

Login    |    Cookie Policy    |    Terms and Conditions    |    Candidate Privacy Policy    |    Privacy Policy    |    HIPAA Notice    |    Accessibility    |

Consumer Health Data Privacy Notice    |    Your Privacy Choices

Copyright © 2026 Noom, Inc. All Rights Reserved.