# Exhibit 12

**Page Vault**

| | |
|---|---|
| Document title: | The Best & Worst Oatmeal Brands, According to Dietitians |
| Capture URL: | https://www.eatthis.com/healthy-oatmeal-brands/ |
| Page loaded at (UTC): | Mon, 10 Aug 2026 18:41:39 GMT |
| Capture timestamp (UTC): | Mon, 10 Aug 2026 18:41:42 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 13 |
| Capture ID: | miEtVVaCAuuK1hufGc63DN |
| Display Name: | tess.friedman |

# Eat This, Not That!

Start typing to search ...

News    Healthy Eating    **Groceries**    Weight Loss    Restaurants    Recipes    Drinks    Mind + Body


Crate&Barrel VISA Signature

**Earn 10% back in Reward Dollars^ every day**

On purchases at Crate & Barrel, CB2 and Crate & Kids. ^Terms apply.

Learn More

Home  /  Groceries  /  8 Healthiest Oatmeal Brands—and 4 To Avoid

# 8 Healthiest Oatmeal Brands—and 4 To Avoid



✓ Expert-Recommended


LIVE YOUR BESTLIFE
Find hidden gems
Visit bestlifeonline.com to sign up for our newsletter

Photos: The brands. Design: Eat This, Not That!

THE HEALTHIEST OATMEAL BRANDS ARE LOW IN SUGAR AND HIGH IN FLAVOR, FIBER, AND PROTEIN.

 By **Sarah Garone, NDTR, CNC**  |  Updated on October 22, 2024

Fact Checked by **Olivia Tarantino**

Listen to audio version of this article            Sponsored By



Instaread

> The product recommendations in this post are recommendations by the writer and/or expert(s) interviewed and do not contain affiliate links. **Meaning: If you use these links to buy something, we will not earn a commission.**

It's hard to think of a healthier breakfast than oatmeal—or a more versatile one. This whole grain offers the ultimate filling combo of protein and fiber, while its mild, blank canvas of flavor adopts any flavors you can think to add.

## MORE IN GROCERIES


**7 Frozen Dinners That Taste Like Grandma's Cooking**


**5 Best Ice Cream Sandwich Brands**


**I Tried 7 Jarred Marinaras & Picked the Winner**


**I Tried 6 Mayo Brands & Found a Winner**



protein and fiber, while its mild, blank canvas of flavor adopts any flavors you can think to add.

Pre-made oatmeal cups and packets make oats even easier at breakfast time. Gone are the days of stirring over the stovetop! With just a minute or two in the microwave, these handy products get your morning moving in a flash.

But much like breakfast cereals, which come in a spectrum from mega-healthy to candy in disguise, packaged oatmeals also range in their healthfulness. That's why we tapped dietitians for their most recommended packaged oatmeals.

Make the best choice at breakfast with these seven healthy oatmeals —plus five to leave on grocery store shelves.

## The Health Benefits of Oatmeal

Many of oats' health benefits stem from their fiber content. The fiber in oatmeal not only smooths the digestive process, but it also promotes a balanced microbiome since oats are rich in prebiotic fiber that feeds healthy gut bacteria. Plus, the soluble fiber in oats can help lower cholesterol.

Oats also contain a type of fiber called beta-glucan, known for its potential to combat obesity and metabolic syndrome, as well as possibly boost milk production in breastfeeding women.

Need more evidence of oats' superfood status? People who eat more whole grains like oats are more likely to have a healthier weight, lower risk of type 2 diabetes, and lower blood pressure.

> RELATED: 15 Side Effects of Eating Oatmeal Every Day, Say Dietitians

## How To Choose the Best Healthy Oatmeal

- **Spot the sugar**: Oats all by themselves are sugar-free—so it's only natural to want to sweeten them up for a morning treat. But too many added sugars are a recipe for health problems like weight gain and tooth decay. Check nutrition facts labels for the amount of added sugars in an oatmeal packet. Eight to 10 grams and up is rather high.
- **Check for protein**: Starting your day with protein can help you stay full until lunch. As a whole grain, oats naturally pack protein, but some packets are more protein-rich than others. Look for oatmeals with 5 grams or more. (And consider adding another protein-based food at breakfast like these options.)
- **Assess the mix-ins**: You can add just about anything to oatmeal —and manufacturers do! For due diligence in choosing a healthy oatmeal, scan the ingredient list. Steer clear of products with artificial flavors, high-calorie mix-ins, and funky fillers.

Below you'll find our dietitians' picks for the best oatmeal brands you can buy!

**THE HEALTHIEST OATMEAL BRANDS**



I Tried 6 Mayo Brands & Found a Winner



5 Best Frozen Quiches, According to Shoppers

**Trending Now**

*Sponsored*



**It's here.**

Stream Taylor Swift | The Eras Tour | The Final Show and The End of an Era on Disney+.

Disney+



The Sex Position That...

Eat This, ...

7 Best Foods for...

Eat This, ...

*Sponsored*

**Men Over 40 Are Ditching the Blue Pill for This 7x Stronger...**

wellness-insider.net





can buy.



Activate and earn **5% cash back** at different categories

## THE HEALTHIEST OATMEAL BRANDS

- Purely Elizabeth Superfood Oatmeal
- Kodiak Cakes Instant Oatmeal
- Mush Overnight Oats
- Bob's Red Mill Classic Instant Oatmeal
- Oats Overnight
- Quaker Fiber & Protein Instant Oatmeal

## 1. Purely Elizabeth Original Superfood Oatmeal



Purely Elizabeth

**Nutrition (Per 1/3 Cup Serving):**
**Calories:** 160
**Fat:** 3.5 g (Saturated Fat: 0 g)
**Sodium:** 0 mg
**Carbs:** 26 g (Fiber: 5 g, Sugar: 0 g)
**Protein:** 5 g

For a healthy breakfast in 60 seconds, check out Purely Elizabeth's original oatmeal packets. "This quick-cooking oatmeal is ready in just one minute in the microwave and boasts 5 grams of protein and 5 grams of fiber, thanks to the addition of flax, chia, quinoa, and amaranth," notes **Sarah Anzlovar, MS, RDN, LDN**, intuitive eating dietitian for moms. "Unlike many instant oats, it also doesn't contain any added sugar or sweeteners, so you can add your own flavor if you'd like." Try fresh or frozen berries or a teaspoon or two of maple syrup for a hint of sweetness.

## 2. Kodiak Cakes Maple Brown Sugar Instant Oatmeal



Let's make business work.

Eat This, Not That!    Case 2:26-cv-05613-SPL    Document 1-4    Filed 08/11/26    Page 6 of 19    Q

Start typing to search ...



Kodiak Cakes

**Nutrition (Per Serving):**
**Calories:** 190
**Fat:** 2.5 g (Saturated Fat: 0 g)
**Sodium:** 180 mg
**Carbs:** 31 g (Fiber: 3 g, Sugar: 10 g)
**Protein:** 12 g

Oatmeal, maple syrup, and brown sugar are a flavor match made in heaven. Kodiak Cakes' instant packets let you enjoy this winning combination in a low-fat, high-protein package. "This instant oatmeal is only 190 calories per serving, relatively low in fat, moderate in carbohydrates, and even has 12 grams of protein," says **Amber Trejo, MS, RDN, NASM-CPT**. "From a macronutrient standpoint, this is a pretty well-rounded breakfast."

   **RELATED:** 34 High-Protein Breakfasts That Keep You Full

## 3. MUSH Overnight Oats Apple Cinnamon



MUSH

**Nutrition (Per Serving):**
**Calories:** 200

MUSH

**Nutrition (Per Serving):**
**Calories:** 200
**Fat:** 6 g (Saturated Fat: 0.5 g)
**Sodium:** 120 mg
**Carbs:** 31 g (Fiber: 5 g, Sugar: 8 g)
**Protein:** 6 g

Move over, hot oatmeal—refrigerated oats would like a word. Mush offers a variety of intriguing flavors served cold. Their apple cinnamon cup is naturally sweetened with apples and contains just six wholesome ingredients: almond milk, rolled oats, dried apples, apple juice, cinnamon, and salt. The result: an all-natural, high-fiber breakfast that doesn't even require a microwave.

## 4. Bob's Red Mill Classic Instant Oatmeal



Bob's Red Mill

**Nutrition (Per Serving):**
**Calories:** 140
**Fat:** 3.5 g (Saturated Fat: 0.5 g)
**Sodium:** 105 mg
**Carbs:** 23 g (Fiber: 4 g, Sugar: 0 g)
**Protein:** 4 g

Bob's Red Mill is known for its many high-quality grain products. The classic instant oatmeal is no exception. This quick oat breakfast shines for its simplicity. "I recommend this because it's made from just a few simple ingredients—whole grain rolled oats, flaxseeds, and salt," says **Vandana Sheth, RDN, CDCES, FAND**, author of *My Indian Table*. But don't let that stop you from adding any favorite mix-ins!

**RELATED:** 11 Healthy Oatmeal Toppings That Help You Lose Weight

## 5. Oats Overnight Mixed Berries & Cream





Oats Overnight

**Nutrition (Per Pouch):**
**Calories:** 280
**Fat:** 6 g (Saturated Fat: 2 g)
**Sodium:** 150 mg
**Carbs:** 41 g (Fiber: 7 g, Sugar: 7 g)
**Protein:** 20 g

Oats Overnight Mixed Berries & Cream offers a creamy, protein-packed breakfast with a blend of whey protein concentrate, natural sweetness from maple sugar and monk fruit, and real powdered fruits like raspberries, strawberries, blueberries, and dates. Each serving provides 7 grams of fiber, thanks to chia seeds, flaxseed, and rolled oats.

If you're sensitive to whey protein, Oats Overnight also offers vegan options, such as their Banana Bread flavor, made with fava bean and pea protein isolates.

### 6. Quaker Protein Instant Oatmeal Banana Nut





Quaker

**Nutrition (Per 1 Packet):**
**Calories:** 230
**Fat:** 5 g (Saturated Fat: 1 g)
**Sodium:** 170 mg
**Carbs:** 38 g (Fiber: 4 g, Sugar: 12 g)
**Protein:** 12 g

Quaker's high-protein oatmeal is a better-for-you option compared to many of the oatmeal brand's other offerings. While the Quaker Protein Instant Oatmeal Banana Nut has slightly more sugar than ideal—12 grams—it also delivers 12 grams of protein from whey protein concentrate, without any artificial or non-nutritive sweeteners like stevia or monk fruit. It's sweetened simply with sugar and bananas. To further boost the protein and fiber content, you can add chia seeds or flaxseed.

## 7. Purely Elizabeth Blueberry Walnut Superfood Oat Cup with Collagen



Purely Elizabeth



**Nutrition (Per Serving):**
**Calories:** 230
**Fat:** 5 g (Saturated Fat: 0.5 g)
**Sodium:** 135 mg
**Carbs:** 37 g (Fiber: 5 g, Sugar: 9 g)
**Protein:** 9 g

Dietitians agree: Purely Elizabeth's oatmeals are among the best on the market. Next on the RD-approved list is this oat cup fortified with collagen protein. "One single-serve container contains not only 9 grams of protein from bovine collagen but also 5 grams of filling fiber and only 6 grams of added sugar," says **Lainey Younkin, MS, RD**, weight loss dietitian at Lainey Younkin Nutrition. "Made with gluten-free oats, this oatmeal also has chia seeds and walnuts, which deliver healthy omega-3 fats."

Document title: The Best & Worst Oatmeal Brands, According to Dietitians
Capture URL: https://www.eatthis.com/healthy-oatmeal-brands/
Capture timestamp (UTC): Mon, 10 Aug 2026 18:41:42 GMT



weight loss dietitian at Lainey Younkin Nutrition. "Made with gluten-free oats, this oatmeal also has chia seeds and walnuts, which deliver healthy omega-3 fats."

## 8. Purely Elizabeth Banana Nut Superfood Oatmeal


Purely Elizabeth Banana Nut Superfood Oatmeal
*Purely Elizabeth*

**Nutrition (Per Serving):**
**Calories:** 160
**Fat:** 4 g (Saturated Fat: 0 g)
**Sodium:** 110 mg
**Carbs:** 30 g (Fiber: 6 g, Sugar: 8 g)
**Protein:** 5 g

Look to Purely Elizabeth for a variety of good-for-you packaged oatmeals. "Purely Elizabeth's Banana Nut Superfood Oatmeal is one of my top favorites for an on-the-go breakfast, and is a life-saver for travel," says **Madeleine Putzi MS, RD**. "Packed with flax and chia seed, one pack provides 21% of your daily value for fiber, a nutrient that nearly 95% of US adults fall short on."

**RELATED:** 15 High-Fiber Breakfasts That Keep You Full

### THE 4 WORST OATMEALS

## 1. Worst: Great Value Apples and Cinnamon Instant Oatmeal



*Walmart*

**Nutrition (Per Serving):**
**Calories:** 130
**Fat:** 1.5 g (Saturated Fat: 0 g)
**Sodium:** 200 mg
**Carbs:** 27 g (Fiber: 3 g, Sugar: 12 g)
**Protein:** 3 g

**Fat:** 1.5 g (Saturated Fat: 0 g)
**Sodium:** 200 mg
**Carbs:** 27 g (Fiber: 3 g, Sugar: 12 g)
**Protein:** 3 g

**Wan Na Chun, MPH, CPT, RD**, of One Pot Wellness says to skip Great Value's apples and cinnamon instant oatmeal. "This is one of the worst store-bought oatmeals because of its added sugar content. It contains 12 grams of added sugar per serving," she says. "Consuming excess added sugar is unhealthy due to its association with chronic diseases, inflammation, weight gain, and tooth decay."

## 2. Worst: McCann's Instant Oatmeal Apple & Cinnamon


McCann's Instant Oatmeal

McCann's

**Nutrition (Per Serving):**
**Calories:** 130
**Fat:** 1 g (Saturated Fat: 0 g)
**Sodium:** 170 mg
**Carbs:** 29 g (Fiber: 3 g, Sugar: 12 g)
**Protein:** 2 g

Not all apple oatmeals get their fruity flavor from actual fruit. In McCann's Instant Apple Cinnamon Oatmeal, "sugar is the second ingredient listed, with a total of 12 grams (9 of which are added)," notes **Michelle Rauch, MS, RDN**, registered dietitian for the Actors Fund Home. Rauch says this is as much sugar as two Chips Ahoy chocolate chip cookies!

> **RELATED:** 30 Worst Supermarket Cookies in America

## 3. Worst: Great Value Strawberries and Cream



Walmart

**Nutrition (Per Serving):**
**Calories:** 110
**Fat:** 1.5 g (Saturated Fat: 0 g)
**Sodium:** 115 mg

Document title: The Best & Worst Oatmeal Brands, According to Dietitians
Capture URL: https://www.eatthis.com/healthy-oatmeal-brands/
Capture timestamp (UTC): Mon, 10 Aug 2026 18:41:42 GMT

**Nutrition (Per Serving):**
**Calories:** 110
**Fat:** 1.5 g (Saturated Fat: 0 g)
**Sodium:** 115 mg
**Carbs:** 22 g (Fiber: 2 g, Sugar: 8 g)
**Protein:** 3 g

Ingredient reading never fails to reveal a food's true colors—sometimes literally. "The second ingredient in this instant oatmeal is sugar, followed by artificial flavoring and red 40, which has been linked to increased hyperactivity in children due to a compound called benzidine," says Trejo.

## 4. Worst: Quaker Dinosaur Egg Oatmeal



Quaker

**Nutrition (Per Serving):**
**Calories:** 190
**Fat:** 4.5 g (Saturated Fat: 2 g)
**Sodium:** 230 mg
**Carbs:** 36 g (Fiber: 3 g, Sugar: 11 g)
**Protein:** 5 g

Lots of mix-ins belong in oatmeal, but dinosaur eggs probably aren't one of them. Quaker's Dinosaur Egg Oatmeal contains "eggs" made of sugar, hydrogenated palm oil, carnauba wax, and other questionable ingredients. "The saturated fat- and sugar-encased colored dinos give this oatmeal a mediocre ranking compared to other brands," says **Joanna Ayallore, MS, RD, LDN**, owner of Nutrition Kept Simple. If you're going to add eggs to your breakfast, make them the real kind, not the candy kind.

> **RELATED:** 16 Best High-Protein Breakfasts That Aren't Eggs

**WHY TRUST *EAT THIS, NOT THAT!*?**

*Eat This, Not That!* is committed to creating high-quality content that you can trust to be accurate, properly researched, routinely reviewed, and updated with the latest information. Our writers, editors, and medical and/or certified experts consider this to be an unwavering promise we make to our readers in the pursuit of delivering impactful and meaningful content.

and updated with the latest information. Our writers, editors, and medical and/or certified experts consider this to be an unwavering promise we make to our readers in the pursuit of delivering impactful and meaningful content.



## Sign up for our newsletter!

| Enter your email | Subscribe |

*This story has been updated to include additional entries, fact-checking, and copy-editing.*

**Sarah Garone, NDTR, CNC**

Sarah Garone, NDTR, is a registered nutrition and dietetic technician, and a health, nutrition, and food writer. *Read more about Sarah*

**FILED UNDER**

BREAKFAST // HEALTHY EATING // OATMEAL

**Sources referenced in this article**

1. Source: *https://health.clevelandclinic.org/the-whole-truth-about-whole-grains/*

## Eat This, Not That!

Your ultimate source for expert nutrition tips and health advice, covering wellness, healthy recipes, cooking hacks, food news, style trends and shopping.

| Enter your email | Subscribe |

Document title: The Best & Worst Oatmeal Brands, According to Dietitians
Capture URL: https://www.eatthis.com/healthy-oatmeal-brands/
Capture timestamp (UTC): Mon, 10 Aug 2026 18:41:42 GMT

**EatThis,NotThat!**

Start typing to search ...

## READ THIS NEXT



Groceries

### 7 Frozen Dinners That Taste Like Grandma's Cooking

Groceries

### 5 Best Ice Cream Sandwich Brands

Groceries

### I Tried 7 Jarred Marinaras & Picked the Winner

Groceries

### I Tried 6 Mayo Brands & Found a Winner

**EatThis,NotThat!**

Follow us:

About Us

Sitemap

Contact Us

Privacy Policy

Terms and Conditions

GALVAN!ZED

Copyright 2026 Galvanized Media. All Rights Reserved. Eat This Not That is part of the People I

Your Privacy Choices



Document title: The Best & Worst Oatmeal Brands, According to Dietitians
Capture URL: https://www.eatthis.com/healthy-oatmeal-brands/
Capture timestamp (UTC): Mon, 10 Aug 2026 18:41:42 GMT

# Exhibit 13

![Page Vault]

| | |
|---|---|
| Document title: | oats overnight | HEB.com |
| Capture URL: | https://www.heb.com/search?q=oats%20overnight |
| Page loaded at (UTC): | Mon, 10 Aug 2026 18:45:19 GMT |
| Capture timestamp (UTC): | Mon, 10 Aug 2026 18:45:20 GMT |
| Capture tool: | 4.0.0 |
| Collection server IP: | 54.165.79.10 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/151.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v24.17.0) |
| PDF length: | 4 |
| Capture ID: | xibvz2Xz3Jp6hnfYFmGuad |
| Display Name: | tess.friedman |

PDF REFERENCE #:    ePHondtbncGJEYN2cM5QPz

# H·E·B

oats overnight ✕ 🔍                    In-store at 🏪 Victoria H-E-B plus!    🛒

**Shop** ⌄   **Recipes & meals** ⌄   **Savings** ⌄   **Pharmacy** ⌄   **Wellness** ⌄   **More H-E-B** ⌄    👤 **Sign up** or log in     Lists    Help & FAQs

## "oats overnight"

**Filter by**

**5 results**                                                    Sort by [ Best match ⌄ ]

**Category**

Dairy & eggs

---

**Brand**

☐ Fresh From Texas    3

☐ Mush                2

---

**Ways to shop**

☐ SNAP EBT eligible       5

☐ No added sugar          2

☐ Protein source          2

☐ Gluten free verified    2

☐ Low sodium              2

**$3.48** each ($0.58 / oz)

Fresh From Texas Overnight Oats with Strawberries, 6 oz

[ SNAP EBT ]

In Produce on the Front Wall

**Add to cart**

**$3.48** each ($0.58 / oz)

Fresh From Texas Overnight Oats With Blueberry, 6 oz

[ SNAP EBT ]

In Produce on the Front Wall

**Add to cart**

---

**Price**

☐ $0 - $9.99    5



**$3.48** each ($0.58 / oz)

Fresh From Texas Overnight Oats With Apples, 6 oz

[ SNAP EBT ]

In Produce on the Front Wall

**Add to cart**

**$1.98** each ($0.36 / oz)

Mush 15g Protein Overnight Oats - French Vanilla, 5.5 oz

[ SNAP EBT ]

Front Edge of Dairy

**Add to cart**

Document title: oats overnight | HEB.com
Capture URL: https://www.heb.com/search?q=oats%20overnight
Capture timestamp (UTC): Mon, 10 Aug 2026 18:45:20 GMT



Add to cart                    Add to cart

**$1.98** each ($0.36 / oz)

Mush 15g Protein Overnight Oats - Chocolate Brownie, 5.5 oz

SNAP EBT

Front Edge of Dairy

Out of stock

**Find similar items**

Not what you expected?  **Give feedback**

## Company

Find a store

About us

Careers

Community

Newsroom

Sustainability

Our brands

Store openings

Suppliers

## Our services

H-E-B credit card

Pharmacy

Restaurants

H-E-B services

Gift cards

H-E-B commercial real estate

Nutrition services

Custom cakes & catering

## Customer service

Accessibility statement

Help & FAQs

Review our website

Coupon policy

Refund policy

Product recalls

## More from H-E-B

All recipes & cooking

Meal Simple

Sushiya Sushi

GET IT ON Google Play

Download on the App Store

Scroll to top

Document title: oats overnight | HEB.com
Capture URL: https://www.heb.com/search?q=oats%20overnight
Capture timestamp (UTC): Mon, 10 Aug 2026 18:45:20 GMT



**$1.98** each ($0.36 / oz)

Mush 15g Protein Overnight Oats - Chocolate Brownie, 5.5 oz

SNAP EBT

Front Edge of Dairy

Out of stock

**Find similar items**

Not what you expected?   **Give feedback**

## Company

Find a store

About us

Careers

Community

Newsroom

Sustainability

Our brands

Store openings

Suppliers

## Our services

H-E-B credit card

Pharmacy

Restaurants

H-E-B services

Gift cards

H-E-B commercial real estate

Nutrition services

Custom cakes & catering

## Customer service

Accessibility statement

Help & FAQs

Review our website

Coupon policy

Refund policy

Product recalls

## More from H-E-B

All recipes & cooking

Meal Simple

Sushiya Sushi

GET IT ON Google Play

Download on the App Store

Copyright © 2026 H-E-B, LP

Your Privacy Choices | Privacy Policy | Terms & Conditions

Partners

H-E-B, LP Mexico | Central Market | Mi Tienda | Joe V's Smart Shop | Favor Delivery

H-E-B Corporate Office: 646 S. Flores St., San Antonio, TX 78204

Scroll to top