AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Oats Overnight, Inc.,

*Plaintiff(s)*

v.

Fresh From Texas, LLC d/b/a "Fresh Texas,"

*Defendant(s)*

Civil Action No. CV-26-05613-PHX-SPL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fresh From Texas, LLC
3602 Highpoint
San Antonio, Texas 78217

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dominic E. Draye
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Tel: (602) 445-8000
Email: drayed@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

*Signature of Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

ISSUED ON 12:19 pm, Aug 12, 2026
s/ Daniel R. McAllister, Clerk

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

AFFIDAVIT ATTACHED

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Arizona

Case Number: 2:26-CV-05613-SPL

Plaintiff:
**Oats Overnight, Inc.**

vs.

Defendant:
**Fresh From Texas, LLc d/b/a "Fresh Texas"**

For:
Greenberg Traurig LLP (Phoenix)
2375 E. Camelback Rd
Suite 700
Phoenix, AZ 85016

Received by Tom Kroll on the 17th day of August, 2026 at 10:55 am to be served on **Fresh From Texas, LLC by serving its registered agent, Capitol Corporate Services, Inc, 1501 S Mopac Expy, Suite 220, Austin, Travis County, TX 78701**.

I, Tom Kroll, being duly sworn, depose and say that on the **17th day of August, 2026** at **11:28 am, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action with Complaint Jury Trial Demanded, Exhibits 1 through 13, Civil Cover Sheet, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, and Disclosure Statement** with the date of delivery endorsed thereon by me, to **Kenny Huynh, Capitol Corporate Services, Inc**, in person, as the designated agent to accept delivery of process at the address of **1501 S Mopac Expy, Suite 220, Austin, Travis County, TX 78701** on behalf of **Fresh From Texas, LLC** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 18th day of August, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

**Tom Kroll**
PSC-3012, Exp. 8/31/2027

8/18/26
**Date**

**AKA Litigation Support Services**
**2313 Lockhill Selma Rd**
**#234**
**San Antonio, TX 78230**