Dominic E. Draye, SBN 033012
drayed@gtlaw.com
**GREENBERG TRAURIG, LLP**
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100

Jonathan W. Thomas (*pro hac vice pending*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9219
jonathan.thomas@gtlaw.com

*Attorneys for Plaintiff Oats Overnight, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Oats Overnight, Inc., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>Fresh From Texas, LLC D/B/A "Fresh Texas", a Texas limited liability corporation,<br><br>Defendants. | Case No. 2:26-cv-05613-SPL<br><br>**PLAINTIFF'S NOTICE OF SERVICE ON DEFENDANT** |

Plaintiff Oats Overnight, Inc., hereby gives notice that on August 21, 2026, it served the Preliminary Order (Doc. 9) filed on August 20, 2026 via UPS Overnight Delivery upon Defendant Fresh From Texas, LLC.

DATED this 21st day of August, 2026.

GREENBERG TRAURIG, LLP

By: */s/ Dominic E. Draye*
Dominic E. Draye
Jonathan W. Thomas (*pro hac vice*)
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The hereby certify that on August 21, 2026 the foregoing was served by U.S. Mail on the following:

Fresh From Texas, LLC
c/o Capitol Corporate Services, Inc.
1501 S Mopac Expy, Suite 220
Austin, TX 78701

Fresh From Texas, LLC
3602 Highpoint
San Antonio, TX 78217

*Pro Se Defendant*

By *___/s/ Karen Slyapich___________________________*
Greenberg Traurig, LLP employee